# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 58 WM 2021 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIAN ANTHONY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December 2021, the "Petition for Reinstatement of Right to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Petitioner has 30 days in which to file a Petition for Allowance of Appeal.